# United States District Court
# Central District of California

| | |
|---|---|
| STEPHEN RANGEL,<br><br>  Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1–10, inclusive,<br><br>  Defendants. | Case № 5:15-cv-0303-ODW (KK)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

In light of the Notice of Partial Settlement (ECF No. 16) and the Court's Order on Plaintiff's Motion for Attorney's Fees (ECF No. 24), the Court **ORDERS** the parties to **SHOW CAUSE**, no later than **September 23, 2016**, why the Court should not dismiss this action without prejudice.

**IT IS SO ORDERED.**

September 19, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**